UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY HARPER, | No. 2:24-cv-2644 CSK P |
| Plaintiff, | |
| v. | ORDER |
| ALEX FARHAT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2024, this Court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. (ECF No. 6.) On November 1, 2024, plaintiff filed the Notice of Amendment form indicating plaintiff's intent to file an amended complaint. (ECF No. 10.) However, plaintiff did not file an amended complaint. Accordingly, plaintiff is granted thirty days from the date of this order to file an amended complaint. This Court will recommend dismissal of this action if plaintiff does not file an amended complaint within that time.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file an amended complaint. This Court will recommend dismissal of this action if plaintiff does not file an amended complaint within that time.

///

///

1

1 | Dated: November 18, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8 | Harp2644.ord
9 | 2