IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY HARPER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX FARHAT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-02644-TLN-CSK<br><br>**ORDER** |

On April 17, 2025, defendants filed a motion to opt out of the Post-Screening ADR Project. (ECF No. 25). After considering the matter, the Court grants defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the Post-Screening ADR Project (ECF No. 25) is granted;

2. The stay of this action is lifted; and

3. Within thirty days of the date of this order, defendants shall file a response to plaintiff's second amended complaint.

Dated: 04/18/25

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Harp2644.opt/2

1