IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARCY HARPER,** | Case No. 2:24-cv-02644-TLN-CSK |
| Plaintiff, | |
| v. | **ORDER** |
| **ALEX FARHAT, et al.,** | |
| Defendants. | |

Good cause appearing, defendants' motion for an extension of time to file a responsive pleading (ECF No. 29) is **GRANTED**. Defendants are not required to file a responsive pleading before the Court issues a final order on defendants' motion to dismiss or sever plaintiff's claims. If defendants' motion to dismiss or sever is denied, defendants shall respond to the second amended complaint within thirty days of the order denying defendants' motion to dismiss or sever.

Dated: June 12, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Harp2644.eot/2