UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARCY HARPER,

           Plaintiff,

      v.

ALEX FARHAT, et al.,

           Defendants.

No.  2:24-cv-2644 TLN CSK P

ORDER

Plaintiff is a former state prisoner, proceeding without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983.  On May 13, 2026, defendant filed a motion to compel discovery. (ECF No. 46.)  Plaintiff has not filed an opposition.

In the Court's October 17, 2025 Discovery and Scheduling Order, plaintiff was advised that motions to compel discovery are briefed under Local Rule 230(l).  (ECF No. 36 at 6.) Plaintiff's opposition to the motion to compel was due 21 days after defendant served the motion on plaintiff, by June 3, 2026.  In an abundance of caution, plaintiff is granted fourteen days to file an opposition to the motion to compel.  Plaintiff is cautioned that he is required to cooperate in discovery.  Failure to cooperate in discovery may result in the imposition of sanctions, including, but not limited to, a recommendation that this action be dismissed.  See Fed. R. Civ. P. 37(b)(2)(A) (sanctions may be imposed for failure to comply with a discovery order); Fed. R. Civ. P. 37(d)(3) (sanctions may be imposed for failure to serve answers to interrogatories or to

1

respond to request for production of documents).

In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted fourteen days from the date of this order to file an opposition to the pending motion to compel. Plaintiff is cautioned that failure to file an opposition may result in an order granting the motion to compel discovery, the imposition of sanctions, including, but not limited to, a recommendation that this action be dismissed.

Dated: June 9, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

harp2644.ftc.mtc/2