IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DARCY HARPER,**

Plaintiff,

v.

**ALEX FARHAT, et al.,**

Defendants.

Case No. 2:24-cv-02644-TLN-CSK

**ORDER**

Defendant has filed a motion to modify the discovery and scheduling order.  (ECF No. 50.) Defendant requests that the August 6, 2026, dispositive motion deadline be stayed pending resolution of Defendant's motion to compel.  (Id.)  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendant's motion to modify the discovery and scheduling order (ECF No. 50) is granted, as modified below.

2.  The August 6, 2026 dispositive motion deadline is vacated and will be reset following resolution of defendant's motion to compel.

Dated:  July 8, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Harp2644.mod(2)/2