UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY HARPER,<br>Plaintiff,<br>v.<br>ALEX FARHAT, et al.,<br>Defendants. | No. 2:24-cv-2644 TLN CSK P<br><br>ORDER |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons that follow, the dispositive motion deadline is reset.

On July 9, 2026, this Court vacated the August 6, 2026 dispositive motion deadline and ordered that this deadline would be reset following resolution of defendant's motion to compel. (ECF No. 51.) On July 27, 2026, this Court granted defendant's motion to compel and ordered plaintiff to serve defendant with a response to the request for production of documents within 21 days. (ECF No. 52.) Neither party filed any pleading in response to the July 27, 2026 order. (See docket.) Because defendant's motion to compel is resolved, the dispositive motion deadline is reset.

Accordingly, IT IS HEREBY ORDERED that all pretrial motions shall be filed on or before November 18, 2026.

Dated: September 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Harp2644.ord(3)/2